================================================================
This memorandum is uncorrected and subject to revision before
publication in the New York Reports.
----------------------------------------------------------------
No. 213  SSM 28
Steven C. Ridge,
          Appellant,
        v.
Alice Gold, et al.,
          Defendants,
Jay Braymiller,
          Respondent.

          Submitted by Timothy J. Graber, for appellant.
          Submitted by Carlton K. Brownell, III, for respondent.

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

On review of submissions pursuant to section 500.11 of the Rules,
judgment insofar as appealed from and order of the Appellate
Division brought up for review reversed, with costs, and motion
of defendant Jay Braymiller for summary judgment dismissing the
complaint denied.  The record is inadequate to determine, as a
matter of law, whether the issue of the occurrence of an accident
was addressed and decided in the workers' compensation
proceeding.  Therefore, defendant Braymiller failed to meet his
burden of establishing that the doctrine of collateral estoppel
bars plaintiff's action against him.  Chief Judge Lippman and
Judges Pigott, Rivera, Abdus-Salaam, Stein and Fahey concur.

Decided December 15, 2015